UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC NORTHWEST EB-5 REGIONAL CENTER INC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Defendants. | CASE NO. 2:26-cv-01237-JNW<br><br>ORDER TO SHOW CAUSE |

The Court raises this matter of its own accord. On August 18, 2026, the Court ordered the parties to hold a Rule 26(f) conference by September 8, 2026, and to file a joint status report by September 29, 2026. Dkt. No. 15; *see* Fed. R. Civ. P. 26(f). Only Plaintiffs filed a report. Dkt. No. 16. Defendants emailed the Court saying that they believe this case is exempt from the requirements of Rules 26(a) and 26(f) because it is an action for review on an administrative record. Dkt. No. 16 at 8 (citing Fed. R. Civ. P. 26(a)(1)(B)(i)). Neither party has moved to stay discovery.

The parties are ORDERED TO SHOW CAUSE why discovery in this case should not be stayed until the Court rules on the motions for a preliminary injunction, Dkt. No. 6, and to dismiss, Dkt. No. 12. Each response should also

address whether Rule 26(a)(1)(B)(i) exempts this case from initial disclosures and the Rule 26(f) conference. Responses may not exceed FIVE (5) pages and are due within FOURTEEN (14) days of this Order.

The Court directs the Clerk to note this deadline on the Court's calendar.

Dated this 14th day of October, 2026.

Jamal N. Whitehead
United States District Judge